# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-16 (MTT) |
| | ) |
| KENYATTA JACKSON and | ) |
| EBONI POINDEXTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 73. These defendants, along with co-defendant Joshua Deon Ross, were indicted on March 12, 2024. Doc. 1. Poindexter and Ross had their arraignments in this Court on April 9, 2024. Docs. 22; 26. Ross entered a change of plea on October 22, 2024. Doc. 49. Jackson had her arraignment in this Court on December 11, 2024. Doc. 62. Four prior continuances have been granted for Poindexter. Docs. 32; 35; 40; 45. No prior continuances have been granted for Jackson. The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to file any appropriate motions and complete any plea negotiations aimed at a possible resolution of the case. Doc. 73 ¶ 3. The defendants do not oppose the motion. *Id*. at 1.

Prior to the government's motion to continue both Jackson and Poindexter from the upcoming term, Jackson individually moved the Court to continue her from the next trial term. Doc. 72. The government does not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (Docs. 72; 73) are **GRANTED**. The case is continued from the January term until the Court's next trial term presently

scheduled for **March 10, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

    **SO ORDERED**, this 19th day of December, 2024.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, JUDGE
                                      UNITED STATES DISTRICT COURT